STATE OF NEW YORK )
                              )
COUNTY OF SUFFOLK )

      MICHELLE MORRISROE, being duly sworn, deposes and says:

      I am not a party to the within action. I am over 18 years of age and reside in Islip, New York.

      On February 16, 2012, I served a copy of the *Answer* on the parties listed below by depositing same in the pre-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

See annexed service list.

                                              /s/ Michelle Morrisroe
                                              MICHELLE MORRISROE

Sworn to before me this
16th day of February, 2012

  /s/   Maria R. McGourty
        Notary Public

**MARIA R. McGOURTY**
**Notary Public, State of New York**
**No. 4988975**
**Qualified in Suffolk County**
**Commission Expires Nov 25, 2013**

## SERVICE LIST

United States Attorney
Attn: Sara A. Mayhew, Esq.
US Dept of Justice
PO Box 55
Ben Franklins Station
Washington, DC 20044